IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 3:05CR00057-001 |
| v. | ) | |
| ANTHONY DONTA WILLIAMS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court upon the Defendant's Unopposed Motion for Amended Judgment under the First Step Act of 2018. The government, through AUSA Amy E. Ray, has consented to the requested relief. For the reasons stated in the unopposed motion, the Court will grant the motion.

IT IS THEREFORE ORDERED that the Defendant's sentence be reduced to Time Served, plus up to ten (10) days for the BOP to process his release, and that the term of supervised release be reduced to eight years. All other terms and conditions previously imposed will remain the same.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the United States Bureau of Prisons.

Signed: February 13, 2019

Frank D. Whitney
Chief United States District Judge